AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2012 DEC 28 P 2:58

| | | |
|---|---|---|
| U.S. Bank National Association | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:12CV1514 |
| Leesburg Pizza Buffet, LLC d/b/a CICI's Pizza et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEESBURG PIZZA BUFFET, LLC d/b/a CICI'S PIZZA
SERVE: R.A. Paul Miller
42770 Hollowind Court
Ashburn, Virginia 20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bernard J. DiMuro, Esq.
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Telephone: (703) 684-4333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/28/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| U.S. Bank National Association<br><br>*Plaintiff(s)*<br>v.<br>Leesburg Pizza Buffet, LLC d/b/a CICI's Pizza et al.<br><br>*Defendant(s)* | Civil Action No. 1:12CV1514 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
PIZZA RICA, LLC
SERVE: R.A. Paul Miller
42770 Hollowind Court
Ashburn, Virginia 20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bernard J. DiMuro, Esq.
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Telephone: (703) 684-4333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/28/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| U.S. Bank National Association <br><br> *Plaintiff(s)* <br> v. <br> Leesburg Pizza Buffet, LLC d/b/a CICI's Pizza et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 1:12 CV 1514 ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COVERED BRIDGE PIZZA, LLC
SERVE: R.A. Paul Miller
42770 Hollowind Court
Ashburn, Virginia 20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Bernard J. DiMuro, Esq.
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Telephone: (703) 684-4333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/28/2012_____      _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| U.S. Bank National Association ) | |
| ) | |
| ) | |
| ) | |
| _Plaintiff(s)_ ) | |
| v. ) | Civil Action No. 1: 12 CV 1514 |
| Leesburg Pizza Buffet, LLC d/b/a CICI's Pizza et al. ) | |
| ) | |
| ) | |
| _Defendant(s)_ ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
PAUL MILLER, individually
42770 Hollowind Court
Ashburn, Virginia 20148


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bernard J. DiMuro, Esq.
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Telephone: (703) 684-4333


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _12/28/2012_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| U.S. Bank National Association <br><br> *Plaintiff(s)* <br> v. <br> Leesburg Pizza Buffet, LLC d/b/a CICI's Pizza et al. <br><br> *Defendant(s)* | Civil Action No. 1:12 cv 1514 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JESSICA L. CHESTNUT, individually
42770 Hollowind Court
Ashburn, Virginia 20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bernard J. DiMuro, Esq.
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Telephone: (703) 684-4333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date:   12/28/2012

*Signature of Clerk or Deputy Clerk*